## W. LAWSON KING v. MONTGOMERY COUNTY, MARYLAND

[No. 90, September Term, 1982.]

*Decided January 6, 1983.*

The cause was argued before MURPHY, C. J., and SMITH, ELDRIDGE, COLE, DAVIDSON, RODOWSKY and COUCH, JJ.

*R. Edwin Brown,* with whom were *John R. Clapp* and *Brown & Sturm* on the brief, for appellant.

*Stephen P. Elmendorf, Assistant County Attorney,* with whom were *Paul A. McGuckian, County Attorney, Robert G. Tobin, Jr., Deputy County Attorney,* and *Nathan J. Greenbaum, Assistant County Attorney,* on the brief, for appellee.

PER CURIAM:

For reasons stated in the opinion of Judge Philip M. Fairbanks, of the Circuit Court for Montgomery County, filed March 31, 1982, in the case of *Montgomery County, Maryland v. W. Lawson King et al.,* Petition No. 254, the denial of the injunction is hereby affirmed.

*Judgment affirmed with costs.*